No. 9, Original.   TEXAS *v.* NEW MEXICO ET AL.   Argued April 21, 1952.   Decided April 28, 1952.   The motion for leave to file the complaint is granted and process is ordered to issue returnable within 60 days.   *Eugene T. Edwards* argued the cause for the plaintiff.   With him on the brief were *Price Daniel,* Attorney General of Texas, and *Jesse P. Luton, Jr.* and *K. B. Watson,* Assistant Attorneys General.   *Jean S. Breitenstein* argued the cause for the defendants.   On the brief were *Joe L. Martinez,* Attorney General, and *Fred E. Wilson,* Special Assistant Attorney General, for the State of New Mexico, and

*Martin A. Threet* and *D. A. Macpherson, Jr.* for the Middle Rio Grande Conservancy District et al., defendants. *Solicitor General Perlman* filed a memorandum for the United States, as *amicus curiae,* asserting that the Government is an indispensable party to this action.